FILE COPY

No. 07-14-00028-CR

| | | |
|---|---|---|
| Ezekiel Will Bell<br>  Appellant | § | From the 46th District Court<br>  of Wilbarger County |
| | § | |
| v. | | March 9, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion Per Curiam |
| | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated March 9, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o